# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 419 MAL 2023

        Respondent          :

                                 :   Petition for Allowance of Appeal

                                 :   from the Order of the Superior Court

        v.                  :

                                 :

SCOTT DAVID JOHNSON,         :

        Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.